No. 82–6558. BAILEY *v.* DELAWARE. Sup. Ct. Del. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 82–6591. WILSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 82–6642. NOVACK *v.* WISCONSIN. Ct. App. Wis. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 82–6649. NUNLEY *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 82–6821. MCCLINNAHAN *v.* UNITED STATES. Ct. App. D. C. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 82–6981. TEAGUE *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.